IN THE UNITED STYATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **JESUS A. DE LEON TRICOCHE**<br>Plaintiff<br><br>v.<br><br>**DEPARTMENT OF CORRECTION AND REHABILITATION and OTHERS**<br>Defendant | Case Number: 24-cv-1548 ADC<br><br>For: Civil & Constitutional Rights Violation |

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2024 NOV 27 PM 4:42

**PRISONER CIVIL RIGHTS COMPLAINT**
**42 U.S.C. §1983**

TO THE HONORABLE COURT:

  **COMES NOW** Plaintiff Mr. Jesus De Leon-Tricoche, by his own right "*in forma pauperis*" who very respectfully EXPOSES, ALLEGUES and REQUESTS as follows:

1. Plaintiff is Mr. Jesus A. De Leon Tricoche (*up forward "Petitioner" or "Plaintiff"*), who is incarcerated in Puerto Rico's local state prison "Bayamon 501" under the custody of Puerto Rico's Department of Correction and Rehabilitation after being sentenced by First Instance Court in

2. Defendant Part is the Commonwealth of Puerto Rico, the Department of Correction and Rehabilitation (*up forward "DCR"*), and its functionaries and/or employees listed as follows:

**Defendant No. 1**
*Ana I. Escobar Pabon*
Secretary DCR
PO BOX 71308
San Juan, PR 00936

**Defendant No. 2**
*Maria De Leon Aponte*
Inmate Clasiffication Office
PO BOX 71308
San Juan, PR 00936

**Defendant No. 3**
*Pedro Santos Echevarria*
Superintendent
PO BOX #71308
Ponce, PR 00936

**Defendant No. 4**
*Zaida Ocasio*
Superintendent
PO BOX 71308
San Juan, PR 00936

**Defendant No. 5**
*Captn. Jorge Silvestrini Ruiz*
Captain of Security
PO BOX 71308
San Juan, PR 00936

**Defendant No. 6**
*Lt. Maximino Cuevas Rivera*
Commander Inst. Ponce 1000
PO Box #71308
Ponce, PR 009

**Defendant No. 7**
*Lt. Walbert Gonzalez*
Lieutenant Inst. Ponce 1000
PO BOX 3699
Ponce, PR 00728-1504

**Defendant No. 8**
*Mr. Johnny Ocasio Caquias*
Correctional Officer I
PO BOX 3699
Ponce, PR 00728-1504

**Defendant No. 9**
*Mr. Luis Sanchez*
Caseworker Inst Ponce 1000
PO BOX 3699
Ponce, PR 00728-1504

1

| **Defendant No. 10** | **Defendant No. 11** | **Defendant No. 12** |
|---|---|---|
| *Mrs. Migdalia Cintron* | *Mr. Rafael Nazario* | *Ms. Carmen Ortiz* |
| Case Worker's Supervisor Ponce 1000 | Case Worker Ponce 1000 | Caseworker's Supervisor |
| PO BOX 3699 | PO BOX 3699 | PO BOX 3699 |
| Ponce, PR 00728-1504 | Ponce, PR 00728-1504 | Ponce, PR 00728-1504 |

3. The Defendant files the present lawsuit understanding that his claim is meritorious and that is entitled to a remedy or redress as his constitutional and civil rights have been violated by the Defendants in the present case for guilty actions that have caused harm and damage to the Petitioner described as follows:

In September 2019 after many attempts writing to the DCR's Headquarters Inmate Classification Office and trough his case workers with no actions taken by the agency, the Defendant files a Grievance Procedure Request "Administrative Remedy "requesting to be taken off the protective custody section as he no longer feels his physical integrity or his life is in danger, requested to be replaced into General Population as it proceeds in right according to the "Classification Manual".

In October 1, 2019 DCR denied the Petitioner's request with the reasoning that since he has been under protective custody since September 2010 so Defendant's petition does not proceed to guarantee his own security and other inmates as well.

Not content with the response, Defendant filed a motion to appeal such determination in Puerto Rico's Court of Appeals where June 30, 2020 the panel of Judges assigned granted the Defendants request and ordered the DCR to remove Petitioner from protective custody and to be transferred to general population.

Since then, the DCR and its functionaries listed above have not complied with the Court of Appeal's order causing him harm and damage, mental anguish, anxiety, emotional distress, physical danger, etc.

4. For all that has been described before, Petitioner files this motion for lawsuit understanding that he is entitled to redress for the harm and damages caused by illegal actions taken by the Defendants. The remedy requested by the Petitioner in this case is a monetary compensation of forty thousand ($40,000) per each Defendant for a total of four hundred thousand ($400,000) dollars redress.

5. Defendant refers to Puerto Rico local state laws and Ruling Manuals established by the DCR specifically "Manual of Classification of Inmates" where it states that when an inmate enters voluntarily to protective custody, inmate can get out of protective custody at any moment if requested by handwriting.

6. Petitioner includes here *Motion to Proceed In Forma Pauperis* so that this Honorable Court may confirm that the current status of confinement as an indigent person does not allow him to be able to pay all the fees that are necessary in these cases and also that this Honorable Court may take that in consideration and grant him an appointed council to be able to assure the correct defense in this case and that all the procedures upfront for the case may be satisfied according to law.

**THEREFORE** Plaintiff Jesus A. De Leon Tricoche very respectfully requests that this Honorable Court may provide accordingly prior any pronouncement that may proceed in right.

**RESPECTFULLY SUBMITTED**
In San Juan, Puerto Rico this 13 of November of 2024.

_____
Jesús A. De León Tricoche
Inst. 501 Edif. 1-D
PO BOX 607073
Bayamon, PR 00960-7073

3

* Look EXHIBIT I, II, III, IV
→